I CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF THE ORIGINAL

ROSE M. BINGHAM, Circuit Clerk

By _Kuelyn_ _Hones_ D.C.



FILE NO. CV-2020-114-C

### CIVIL

IN

# CIRCUIT COURT
### WAYNE COUNTY, MISSISSIPPI

Shelton Hinton

Plaintiff

Wayne County, MS;
Sheriff Jody Ashley

Defendant

Filed this 10th day of August 20 20

Docket No._____ Page No._____

Daniel M. Waide
Johnson, Ratliff + Waide

Attorney___ Plaintiff___

Attorney___ Defendant___

LAWRENCE-07402

```
   1    General Docket, Civil Cases, Circuit Court, Wayne County Circuit Court
==============================================================================
No. CV-2020-114-C                                       CFN    5757

HINTON, SHELTON                          Counsel for Plaintiff
   Vs.                                   DANIEL M. WAIDE
                                         Counsel for Defendant
WAYNE COUNTY,MS; SHERIFF JODY ASHLEY
CIVIL RIGHTS                                    JUDGE Charles W. Wright, Jr.
==============================================================================
   DATE                      ORDERS, JUDGMENTS, ETC.            BK/PG
------------------------------------------------------------------------------
 8/10/2020 COVER SHEET
 8/10/2020 COMPLAINT
 8/10/2020 SUMMONS ISSUED TO JODY ASHLEY
           RETURNED TO ATTORNEY FOR PROCESS
 8/10/2020 SUMMONS ISSUED TO WAYNE COUNTY, MS
           RETURNED TO ATTORNEY FOR PROCESS
```

## IN THE CIRCUIT COURT OF WAYNE COUNTY, MISSISSIPPI

**SHELTON HINTON**                                        **PLAINTIFF**

**VERSUS**                                AUG 1 0 2020          CAUSE NO: CV-2020-114-C

**WAYNE COUNTY, MISSISSIPPI and**
**SHERIFF JODY ASHLEY in his individual and**
**Official capacity**                                        **DEFENDANTS**

**JURY TRIAL DEMANDED**

## COMPLAINT

COMES NOW, Shelton Hinton, hereinafter "Hinton," by and through undersigned counsel, and makes this, his Complaint against named Defendants, and would show unto the Court the following, to wit:

### PARTIES

1. Plaintiff is a resident citizen of Wayne County, Mississippi who may be contacted through undersigned counsel.

2. Defendant Wayne County is a governmental entity organized and authorized by the laws of the State of Mississippi who may be served with process through its Chancery Clerk at 609 Azalea Drive, Waynesboro, Mississippi, 39367.

3. Defendant, Jody Ashley is sheriff of Wayne County, Mississippi who may be served with process at 613 Court Street, Waynesboro, Mississippi, 39367.

### JURISDICTION AND VENUE

4. Venue is proper pursuant to Miss. Code Ann. § 11-11-3 because substantial acts and omissions which caused the injury occurred in Wayne County, Mississippi, and because the action against governmental entities must be commenced in the county where the

entities are located.   The misconduct complained of herein arose in Wayne County, Mississippi. Jurisdiction of the parties and of the subject matter of this action are proper in this Court.

5. This action is authorized by 42 U.S.C. § 1983 and made pursuant to the 4th and 14th Amendments to the United States Constitution.

## FACTUAL ALLEGATIONS

6. On or about September 20, 2018 Sheriff Ashely signed an affidavit claiming that Shelton Hinton was mentally ill and in need of treatment. These allegations are false and Sheriff Ashley did not personally know Hinton. **Exhibit A, Ashley Affidavit.**

7. Sheriff Ashely swore under oath that he was Hinton's nearest relative to convince a court to have Hinton committed for a mental illness. These allegations are false.

8. As a result of Sheriff Ashley's false affidavit, Hinton was arrested and confined at the Wayne County Jail.

9. At a hearing on the matter Sheriff Ashely admitted that he had no first-hand knowledge regarding any of the facts alleged in his affidavit which led to the arrest and confinement of Hinton.

10. As sheriff, Jody Ashley knows that an affidavit must be based upon personal knowledge.

11. Sheriff Ashley's actions caused the unlawful arrest and confinement of Hinton. The sheriff's actions further resulted in the negligent and intentional infliction of emotional distress on Hinton.

## ALLEGATIONS OF LAW

12. Plaintiff incorporates by reference each of the preceding paragraphs as if they had been fully restated herein.

13. All acts of the Defendants were under the color and pretenses of the ordinances, policies, practices, customs, regulations, usages and/or statutes of the United States Government, the State of Mississippi and Wayne County.

14. It is the custom and policy of all Defendants to violate the constitutional rights of individuals in Wayne County, as complained of herein.

15. It is the policy and practice of the Defendants to violate the civil rights of, in and around the area of Waynesboro, Mississippi where the unlawful search and seizure occurred.

16. Defendants' actions were in bad faith and were intended and designed to punish Plaintiff.

17. At all times relevant to this action, Plaintiff's rights were clearly established. At all times relevant to this action, Defendants violated Plaintiff's constitutional rights.

18. Defendant Ashley is a final policy maker for Wayne County, Mississippi.

19. Defendants' actions evidence malice and/or constitute willful misconduct.

20. As a result of Defendants' actions, Plaintiff has suffered humiliation, embarrassment, loss of reputation and had their liberty and privacy interests severely impacted.

## FIRST CAUSE OF ACTION – 42 U.S.C. § 1983
### Fourteenth Amendment – Unlawful Seizure; Deprivation of Due Process/Equal Protection

21. Plaintiff incorporates by reference each of the preceding paragraphs as if they had been fully restated herein.

22. The unlawful actions of the Defendants, as alleged herein, constituted an intrusion into Plaintiffs' right to be free from an unlawful seizure of his person and property.

23. Defendants had an affirmative duty to prevent such intrusions.

24. Defendants, acting without authority, knowingly conducted an illegal seizure.

25. Plaintiff has an established constitutional right to be free from an unlawful seizure.

26. As a direct and proximate cause of Defendants' actions, Plaintiff's rights, as guaranteed by the Fourteenth Amendment, were injured.

WHEREFORE Plaintiff prays for relief against all Defendants as set forth below.

## SECOND CAUSE OF ACTION – 42 U.S.C. § 1983
## DUE PROCESS – 14th AMENDMENT

27. Plaintiff incorporates by reference each of preceding paragraphs as if they had been fully restated herein.

28. Sheriff Ashley made a knowingly false affidavit for the sole purpose of having Hinton arrested and detained.

29. Sheriff Ashely's actions violated Hinton's rights under the 14th Amendment.

30. Sheriff Ashley caused Hinton to be falsely imprisoned.

WHEREFORE Plaintiff prays for relief against all Defendants as set forth below.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court:

1.      Assume jurisdiction over this action;

2.      Declare that Defendants' actions, as herein described, violated Plaintiff's constitutional rights under the Fourteenth Amendments to the United States Constitution

3.      Appropriate equitable relief including but not limited to prospective injunctive relief, declaratory and other injunctive remedies;

4.      Award Plaintiff nominal and actual damages for Defendants violation of their constitutional and statutory rights;

5.      Award Plaintiff compensatory damages, including, but not limited to, those for past and future pecuniary and non-pecuniary losses, emotional distress, suffering, loss of reputation,

humiliation, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses;

6.      Punitive damages for all claims allowed by law in an amount to be determined at trial;

7.      Pre-judgment and post-judgment interest at the highest lawful rate;

8.      Award Plaintiff his costs of litigation, including reasonable attorney's fees and expenses, pursuant to 42 U.S.C. sec. 1988 and/or 20 U.S.C. sec. 1400 et seq.; and

9.      Grant such other relief to which Plaintiff may be entitled or as this Court deems necessary and proper.

RESPECTFULLY SUBMITTED this the _8_ day of _August_, 2020.

SHELTON HINTON
PLAINTIFF

DANIEL M. WAIDE, MSB#103543

Daniel M. Waide, (MSB#103543)
Johnson, Ratliff & Waide, PLLC
1300 HARDY ST.
PO BOX 17738
HATTIESBURG, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net

IN THE CHANCERY COURT OF _Wayne_ COUNTY, MISSISSIPPI

_19th_ JUDICIAL DISTRICT

IN RE: _Skelton Hinton_          CAUSE NO.

UNIFORM COMMITMENT AFFIDAVIT PURSUANT TO MCA SECTION 41-21-65

COMES NOW _Jody Ashley_, relative and/or interested person, residing at _WC Sheriff Dept._, telephone number _735-5801_ duly sworn and deposed, says the following to be true and correct to the best of my knowledge and belief.

_Skelton Hinton_ is a person I allege to be in need of treatment by outpatient or inpatient commitment. Their nearest relative, if known, is _Jody Ashley_ who resides at _WC SO_, telephone number _735-5801_. I allege the person to be in need of treatment because the person is mentally ill under law and poses a likelihood of physical harm to themselves or others as demonstrated by (mark as many as may apply) ____ a recent attempt or threat to physically harm themselves or others and/or ____ a failure and inability to provide necessary food, clothing, shelter, safety, or medical care to themselves as a result of the impairment and/or ____ based on treatment history or other relevant evidence, this person is in need of treatment to prevent further disability or deterioration which will predictably result in dangerousness when their current mental illness limits or negates their ability to make an informed decision to seek or comply with recommended treatment. To my knowledge the recent behavior described herein is **not** caused by any of the following: epilepsy; intellectual disability; brief periods of intoxication; dependence upon or addiction to alcohol or drugs; or senile dementia.

Factual descriptions of recent behavior, witnesses, and where and when it occurred, if known:

_Paranoid; harassing; potentially violent_

_____

_____

_____

_____

_____

(attach additional pages if needed)

SWORN TO AND SIGNED BY MY HAND this the _30_ day of _Sept._, _2018_ A.D.

_Jody Ashley_

Interested person)          AFFIANT (relative and/or)

SWORN TO AND SUBSCRIBED BEFORE ME this the _30_ day of _Sept._ _2018_ A.D.

Geary Jackson
Chancery Clerk
By: _Linda Miller_ D.C.

NOTARY PUBLIC

CHANCERY
WAYNE COUNTY MS

Commission Expires
_January 4, 2020_

_Exhibit A_

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Revised 1/1/2001)

**Court Identification**
Docket Number

County #   Judicial   Court ID
District  (CH, CI, CO)

Month   Date   Year

**Case Year**

7 | 0 | 2 | 0

**Docket Number**

Local Docket ID

CV-2020-114-C
Case Number if filed prior to 1/1/94

This area to be completed by clerk.

IN THE <u>CIRCUIT</u>    COURT OF <u>WAYNE</u>    COUNTY

Short Style of Case: <u>Hinton v. Wayne County, et al</u>
Party Filing Initial Pleading: Type/Print Name <u>Daniel M. Waide</u>                  MS Bar No <u>103543</u>
____ Check (✓) if Not an Attorney    ____ Check (✓) if *Pro Hac Vice*    Signature _____
Compensatory Damages Sought: $ _____   Punitive Damages Sought: $ _____
*Is Child Support contemplated as an issue in this suit?* ____ Yes ____ No    If "yes" is checked, please submit a completed Child Support
Information Sheet with Final Decree/Judgment

**PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM**

Individual  <u>Hinton</u>              <u>Shelton</u>              ( _____ | _____ | _____ )
            Last Name           First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV
Address of Plaintiff
____ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
____ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____
Business _____
            Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated
____ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: _____

**DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM**

Individual  _____        _____         ( _____ | _____ | _____ )
            Last Name           First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV
____ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
____ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____
Business  <u>Wayne County, Mississippi</u>
            Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated
____ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A: _____
ATTORNEY FOR THIS DEFENDANT: _____  Bar No. _____ or   Name: _____    *Pro Hac Vice* (✓) ____
(If known)

*In left hand column, check one (1) box that best describes*
*the nature of this suit. In right hand column check all*
*boxes which indicate secondary claims.*

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other _____

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other _____

**Contract**
- Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Other _____

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other _____

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other _____

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employmt Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other _____

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other _____

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- Other _____

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other _____

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other _____

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other _____

IN THE <u>CIRCUIT</u> COURT OF <u>WAYNE</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____   _____   Docket No. If Filed
           File Yr       Chronological No     Clerk's Local ID   Prior to 1/1/94_____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual:** <u>Ashley</u>_____ _____<u>Jody</u>_____ ⎛_____⎞ _____ _____
              Last Name             First Name       Maiden Name, if Applicable    Middle Init.    Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

     Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

     D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

     D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

---

**Defendant #3:**

**Individual:** _____ _____ ⎛_____⎞ _____ _____
              Last Name              First Name       Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

     Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

     D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

     D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

---

**Defendant #4:**

**Individual:** _____ _____ ⎛_____⎞ _____ _____
              Last Name              First Name       Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

     Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

     D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

     D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

## IN THE CIRCUIT COURT OF WAYNE COUNTY, MISSISSIPPI

**SHELTON HINTON**                                                  **PLAINTIFF**

**V.**                                                CIVIL ACTION NO.: CV-2020-114-C

**WAYNE COUNTY, MISSISSIPPI and**
**SHERIFF JODY ASHLEY in his individual**
**and official capacity**                                          **DEFENDANTS**

### SUMMONS

**THE STATE OF MISSISSIPPI**
**COUNTY OF WAYNE**

TO:   Jody Ashley
      613 Court Street
      Waynesboro, MS 39367

**THE COMPLAINT, WHICH IS ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

        You are required to mail or hand deliver a copy of a written response to the Complaint to Daniel M. Waide, P.O. Box 17738, Hattiesburg, MS 30404, attorney for the Plaintiffs. Your response to the Complaint must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

        Issued under my hand and seal of said Court, this 10th day of August, 2020.

                                        **Rose M. Bingham,**
                                        **WAYNE COUNTY CIRCUIT CLERK**

                                        By Kathryn Revette  D.C.

Daniel M. Waide, (MSB#103543)
1300 HARDY ST.
PO BOX 17738
HATTIESBURG, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net



## IN THE CIRCUIT COURT OF WAYNE COUNTY, MISSISSIPPI

**SHELTON HINTON**                                                        **PLAINTIFF**

**V.**                                        CIVIL ACTION NO.: CV-2020-114-C

**WAYNE COUNTY, MISSISSIPPI and**
**SHERIFF JODY ASHLEY in his individual**
**and official capacity**                                                **DEFENDANTS**

### SUMMONS

**THE STATE OF MISSISSIPPI**
**COUNTY OF WAYNE**

TO:   Wayne County, Mississippi
609 Azalea Drive
Waynesboro, MS 39367

**THE COMPLAINT, WHICH IS ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to the Complaint to Daniel
M. Waide, P.O. Box 17738, Hattiesburg, MS 30404, attorney for the Plaintiffs. Your response to the
Complaint must be mailed or delivered within 30 days from the date of delivery of this Summons and
Complaint or a judgment by default will be entered against you for the money or other things demanded in
the Complaint.  You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and seal of said Court, this 10th day of August, 2020.

Rose M. Bingham,
**WAYNE COUNTY CIRCUIT CLERK**

By Kathryn Revette D.C.

Daniel M. Waide, (MSB#103543)
1300 HARDY ST.
PO BOX 17738
HATTIESBURG, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net

# JOHNSON, RATLIFF & WAIDE, PLLC

Attorneys at Law
Second Floor
Great Southern National Bank Building
1300 Hardy Street
Hattiesburg, MS 39401

Telephone: (601) 582-4553
Telefax: (601) 582-4556
E-Mail: dwaide@jhrlaw.net
brichards@jhrlaw.net

S. Joel Johnson
Michael V. Ratliff
Daniel M. Waide

P. O. Box 17738
Hattiesburg, MS 39404-7738

August 7, 2020

Rose M. Bingham
Wayne County Circuit Clerk
609 Azalea Drive
Waynesboro, MS 39367

RE:   *Shelton Hinton v. Wayne County, et al*

Dear Ms. Bingham,

     Please find enclosed for filing herein, the following documents:

- *Civil Cover Sheet;*
- *Complaint for Shelton Hinton v. Wayne County, et al and One Copy;*
- *Wayne County Summons;*
- *Jody Ashley Summons; and*
- *Check No. 1441 in the amount of $160.00 for the filing fee*

    Please file the original in your customary manner and return the file stamped copy to me, along with the issued summons, in the self-addressed, stamped envelope enclosed herein.

     With kindest regards, I am

Sincerely,

Brittany Richards
Paralegal to Daniel M. Waide, Esq.

encl.