IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF MISSISSIPPI
EASTERN DIVISION

**SHELTON HINTON**                                                **PLAINTIFF**

**V.**                      **CIVIL ACTION NO. : 2:20-cv-186-KS-MTP**

**WAYNE COUNTY, MISSISSIPPI and**
**SHERIFF JODY ASHLEY, in his individual**
**and Official capacity**                               **DEFENDANTS**

### NOTICE OF SERVICE

TO:    Daniel M. Waide, Esq.
          Johnson, Ratcliff & Waide, PLLC
          P.O. Box 17738
          Hattiesburg, MS 39404
          dwaide@jhrlaw.net

Notice is hereby given that Defendants Wayne County, Mississippi and Sheriff Jody Ashley, have this date served their Initial Disclosures.

The undersigned will retain the originals of the above documents as required by the rules.

This the 2nd day of December, 2020.

                                                    Respectfully submitted,

                                                    **WAYNE COUNTY,**
                                                    **MISSISSIPPI AND SHERIFF**
                                                    **JODY ASHLEY**

                                                    BY:    */s/ Jessica S. Malone*
                                                            One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
JESSICA S. MALONE (MSB #102826)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
Email:  wallen@aabalegal.com
Email:  jmalone@aabalegl.com

## CERTIFICATE

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, attorneys of record for Wayne County, Mississippi, hereby certify that I have this day electronically filed the foregoing Notice of Service with the Clerk of the Court using the ECF system which gave notification to the following participant:

> Daniel M. Waide, Esq.
> Johnson, Ratcliff & Waide, PLLC
> P.O. Box 17738
> Hattiesburg, MS 39404
> dwaide@jhrlaw.net

This the 2nd day of December, 2020.

/s/ Jessica S. Malone
OF COUNSEL