IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHELTON HINTON                                                                                             PLAINTIFF

CIVIL ACTION NO. 2:20cv186-TBM-MTP

WAYNE COUNTY, MISSISSIPPI, *et al.*                                                    DEFENDANTS

## ORDER RESETTING TRIAL AND PRE-TRIAL CONFERENCE

As this matter was recently reassigned[1], the trial and pre-trial conference settings should be reset to align with the civil calendar of U.S. District Judge Taylor McNeel.

IT IS, THEREFORE, ORDERED:

1. The jury trial is reset for a four week trial term beginning January 4, 2022 before District Judge Taylor McNeel.

2. The pre-trial conference is reset for December 15-16, 2021 before District Judge Taylor McNeel at the United States Courthouse, Courtroom 706, 2012 15th Street, Gulfport, Mississippi.

3. Any conflicts with the new dates should be submitted to the District Judge and to the undersigned via e-mail (mcneel_chambers@mssd.uscourts.gov and parker_chambers@mssd.uscourts.gov) on or before January 28, 2021.

4. Except as set forth herein, all other provisions of Case Management Order [8], including the obligation to complete alternate dispute resolution by the discovery deadline, remain in place.

---

[1] *See* Order [10].

SO ORDERED this 14th day of January, 2021.

                                                s/Michael T. Parker
                                                UNITED STATES MAGISTRATE JUDGE