IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF MISSISSIPPI
EASTERN DIVISION

**SHELTON HINTON**                                            **PLAINTIFF**

**V.**                                       **CIVIL ACTION NO. : 2:20-cv-186-TBM-MTP**

**WAYNE COUNTY, MISSISSIPPI and**
**SHERIFF JODY ASHLEY, in his individual**
**and Official capacity**                                         **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

COME NOW for hearing on the *ore tenus* Motion of Plaintiff Shelton Hinton and Defendants Wayne County, Mississippi and Sheriff Jody Ashley, for dismissal of this cause of action with prejudice, and the Court having been advised that the parties having reached a settlement in this matter, and having been advised that the parties are in agreement hereto that dismissal is appropriate, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, that this cause is hereby dismissed with prejudice, each party shall bear their own costs.

SO ORDERED and ADJUDGED this the 22nd day of March, 2021.

                                                        U.S. DISTRICT COURT JUDGE

Drafted by:

_/s/ William R. Allen_
WILLIAM R. ALLEN (MSB #100541)
JESSICA S. MALONE (MSB #102826)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602-0751
Tel. (601) 833-4361
Fax (601) 833-6647
wallen@aabalegal.com
jmalone@aabalegal.com
*Attorneys for Defendants*

Agreed to by:

_/s/ Daniel M. Waide_
DANIEL M. WAIDE (MSB #103543)
Johnson, Ratcliff & Waide, PLLC
P.O. Box 17738
Hattiesburg, MS 39404
601-582-4553 (Office)
601-582-4556 (Fax)
dwaide@jhrlaw.net
*Attorney for Plaintiff*